THE CITY OF LOVES PARK, Plaintiff-Appellee, *v.* DONALD EVANS, Defendant-Appellant.

(No. 72-28;

Second District—March 6, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

William L. Balsley, of Smith & Smith, of Loves Park, for appellant.

No appearance for appellee.